UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, MULE CREEK STATE PRISON,<br><br>　　　　　Respondent. | No. 2:14-cv-2747 JAM CKD P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

　　　　In his petition, petitioner asserts he has been denied copies of the transcript of his sentencing proceedings as well as a copy of the abstract of judgment. While it is not entirely clear, it appears petitioner wants this court to order a California court to make the documents petitioner seeks available to him.

　　　　A federal court can entertain an application for writ of habeas corpus filed by a state prisoner only when the state prisoner alleges he is in custody in violation of federal law. 28 U.S.C. § 2254(a). Because petitioner's claim does not concern whether he is in custody in violation of federal law, his petition for writ of habeas corpus must be dismissed.

/////

/////

/////

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's petition for a writ of habeas corpus be dismissed; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit2747.dis